UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**WACHOVIA SECURITIES, LLC,**
a Delaware Corporation,

              **Plaintiff,**

              08-CV-1028

    v.

**MICHAEL C. CHRYS**, a Natural Person,

              **Defendant.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## ORDER

    That portion of Plaintiff's motion for a "temporary restraining order and preliminary injunction" [dkt. # 7] that seeks a "preliminary injunction" is rendered moot by the stipulated "Amended Temporary Restraining Order" entered on October 2, 2008 [dkt. # 16].

    Therefore, that portion of motion # 7 seeking a "preliminary injunction" is **denied as moot and without prejudice to renewal.**

**IT IS SO ORDERED**

DATED: September 25, 2009

*/s/ Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge